# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

    **Debtor:** FRANK M & DEBORAH J DIBIAGIO
    **Case Number:** 12-21242-CMB     **Chapter:** 13
    **Date / Time / Room:** THURSDAY, AUGUST 11, 2016 11:30 AM  3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/12/16 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#202 - Continued Confirmation of Plan Dated 5/3/2016 - FC
R / M #: 202 / 0

### *Appearances:*

Corbett

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 9/2/16.
    Objections are due on or before 9/23/16
    A hearing on the Amended Plan is set for 10/30/16 at 9:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: