**Fill in this information to identify the case:**

Debtor 1  Frank M. DiBiagio
          First Name    Middle Name    Last Name

Debtor 2  Deborah J. DiBiagio
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the:  Western District Of Pennsylvania

Case number  12-21242_CMB
(If known)

Official Form 423

# Certification About a Financial Management Course

12/15

If you are an individual, you must take an approved course about personal financial management if:

- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.**

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

**After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.**

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

## Part 1: Tell the Court About the Required Course

*You must check one:*

[X] **I completed an approved course in personal financial management:**

Date I took the course  09/29/2016
                        MM / DD / YYYY

Name of approved provider  001 Debtoredu LLC

Certificate number  14912-PAW-DE-028134291

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

## Part 2: Sign Here

I certify that the information I have provided is true and correct.

s/Frank M. DiBiagio                Frank M. DiBiagio            Date 10/05/2016
Signature of debtor named on certificate   Printed name of debtor        MM / DD / YYYY

Official Form 423                **Certification About a Financial Management Course**

**PAWB FORM 29  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Frank M. DiBiagio and Deborah J. DiBiagio** : | Bankruptcy No. **12-21242_CMB** |
| : | |
| Debtor : | |
| : | Chapter  **13** |
| : | |
| Movant : | |
| : | Related to Document No. |
| v. : | |
| : | |
| : | |
| Respondent (if none, then "No Respondent") : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, _____**Francis E. Corbett**_____, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By:    **s/s/Francis E. Corbett**
Signature

**Francis E. Corbett**
Typed Name

**310 Grant St., Suite 1420, Pittsburgh, Pennsylvania 15219**
Address

**(412) 456-1882**
Phone No.

**37594,**
List Bar I.D. and State of Admission

Certificate Number: 14912-PAW-DE-028134291

Bankruptcy Case Number: 12-21242



14912-PAW-DE-028134291

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2016, at 10:28 o'clock AM EDT, Frank Dibiagio completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 29, 2016         By:   /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor