# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
10/24/16 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Conciliation Conference:*

- **Debtor:** FRANK M & DEBORAH J DIBIAGIO
- **Case Number:** 12-21242-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 20, 2016 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#214 Amended Plan Dated 9-1-2016 - FC
R / M #: 214 / 0

### *Appearances:*

Debtor: Corbett
Trustee: Winnecour / Bedford / Pail / **Katz** (circled)
Creditor:

*[Handwritten note:]* Debtor contends that LAT miscalculated and offset by post-petition admin claims and should be zero.

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __12/8/16__ at __3:30 pm__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[Handwritten note:]* Counsel to provide explanation and calculation in support of LAT reduction, and to review TT calc.

10/14/2016  8:31:14AM