**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Frank M DiBiagio and Deborah J DiBiagio | CHAPTER 13 |
| Debtor(s) | BKY. NO. 12-21242 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of ACAR Leasing LTD, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9480

        Respectfully submitted,

        **/s/ James C. Warmbrodt, Esquire**
        James C. Warmbrodt, Esquire
        jwarmbrodt@kmllawgroup.com
        Attorney I.D. No. 42524
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        Phone: 215-825-6306
        Fax: 215-825-6406
        Attorney for Movant/Applicant