**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/24/2017

IN RE:

FRANK M DIBIAGIO
DEBORAH J DIBIAGIO
211 COLUMBIA DRIVE
ALIQUIPPA, PA 15001
XXX-XX-2470          Debtor(s)

XXX-XX-0582

Case No.12-21242 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/24/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 16<br><br>CLAIM:  257.64<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9001 |
| **ACAR LEASING LTC**<br>6400 MAIN ST<br><br>AMHERST, NY  14221 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 17<br><br>CLAIM:  5,430.28<br>COMMENT:  PMT/CL-PL@60 REM PMTS@AMERICRDT/PL*CL=24299.14*DK/SLE | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 9480 |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br><br>OKLAHOMA CITY, OK  73124 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 25<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4PMT=LMT*C25GOV/CONF*FLD AFT BAR*FR CITIMORTGAGE-DOC | CRED DESC:  PRIMARY RES MORTGAGE RE(<br>ACCOUNT NO.: 9095 |
| **CITIZENS AUTO FINANCE INC(*)**<br>BANKRUPTCY DEPT*<br>100 SOCKANOSSET CROSSROAD*<br><br>CRANSTON, RI  02920 | Trustee Claim Number: 4   INT %: 5.50%<br>Court Claim Number: 1<br><br>CLAIM:  5,084.31<br>COMMENT:  $/CL-PL@5.5%MDF/PL@CITIZENS BANK/PL*W/34*DK*CL=5223*PIF/CR/LTR | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 0799 |
| **OLD REPUBLIC INSURANCE CO**<br>C/O EQUITY CREDIT SERVICE<br>307 N MICHIGAN AVE<br><br>CHICAGO, IL  60601 | Trustee Claim Number: 5   INT %: 3.50%<br>Court Claim Number: 6-2<br><br>CLAIM:  20,000.00<br>COMMENT:  LLS28271-Y52969*$@3.5%@PMT/TEE/STIPOE*CL=44985.53*AMD*2ND*FR 1ST TN E | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 2969 |
| **BERKHEIMER TAX ADMINISTRATOR****<br>HAB DLT LEGAL<br>PO BOX 20662<br><br>LEHIGH VALLEY, PA  18002-0662 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT DUE/PAP PEND | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 2470 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 8-2<br><br>CLAIM:  5,303.45<br>COMMENT:  2470/0582*$/CL-PL@0%*DK*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 2470 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT DUE/PAP PEND, NO CLM | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 2470 |
| **DEPARTMENT STORES NATIONAL BANK/MACY**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br><br>NORCROSS, GA  30091 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM:  920.68<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7650 |
| **KEYSTONE RECOVERY PARTNERS LLC**<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM:  16,706.12<br>COMMENT:  FR FIA/BOA-DOC 31 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9074 |

| Creditor | Claim Info | Details |
|---|---|---|
| **KEYSTONE RECOVERY PARTNERS LLC**<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM:  11,071.74<br>COMMENT:  BARCLAYS BANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8772 |
| **KEYSTONE RECOVERY PARTNERS LLC**<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM:  468.95<br>COMMENT:  CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5344 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:20<br><br>CLAIM:  25,882.63<br>COMMENT:  CHASE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6805 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM:  11,931.43<br>COMMENT:  CHASE/SOUTHWEST RAPID REWARDS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4638 |
| **CHASE/JPMORGAN CHASE(\*)**<br>POB 17055  \*CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br><br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4971 |
| **CHASE/JPMORGAN CHASE(\*)**<br>POB 17055  \*CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br><br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4970 |
| **MAIN STREET ACQUISITIONS CORP**<br>C/O BECKET & LEE LLP<br>POB 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:23<br><br>CLAIM:  7,977.45<br>COMMENT:  CHASE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2985 |
| **CHASE/JPMORGAN CHASE(\*)**<br>POB 17055  \*CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br><br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4972 |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br><br>ST PAUL, MN  55116-0478 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM:  34,171.18<br>COMMENT:  FR SALLIE MAE-DOC 25\*FR AES/PHEAA-DOC 34 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0582 |
| **SALLIE MAE INC O/B/O USAF\*\***<br>C/O SALLIE MAE GUARANTEE SVCS - E2148 (US<br>PO BOX 7167<br><br>INDIANPOLIS, IN  46207-7167 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM:  11,805.91<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0582 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BACK BOWL I LLC - SERIES C**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  25,049.93<br>COMMENT:  CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7611 |
| **CITIZENS BANK**<br>443 JEFFERSON BLVD RJW-135<br>WARWICK, RI  02886 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  10,266.34<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1273 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH  43054 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5153 |
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  3,891.76<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6828 |
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  2,657.25<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8937 |
| **DEPARTMENT STORES NATIONAL BANK/MACY'S**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA  30091 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  5,033.13<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6102 |
| **MIDLAND FUNDING LLC BY AMERICAN INFOSOI**<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  179.38<br>COMMENT:  JCP*FR GE CAP-DOC 52*FR PORTFOLIO INVEST-DOC 55 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6961 |
| **HERITAGE VALLEY HEALTH SYSTEM**<br>2 PEACHTREE WY<br>BEAVER, PA  15009-1954 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7000 |
| **ECAST SETTLEMENT CORP**<br>POB 7247-6971<br>PHILADELPHIA, PA  19170-6971 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:24<br>CLAIM:  556.23<br>COMMENT:  HSBC/BOSCOV'S*FR CAP ONE-DOC 81 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4809 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:22<br>CLAIM:  383.87<br>COMMENT:  043429280152/SCH*KOHL'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2801 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 19 | CLAIM: 6,892.50<br>COMMENT: SEARS/CITI | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1674 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 1,072.62<br>COMMENT: 541244525/SCH*FR TARGET NB-DOC 45 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6464 |
| **ASCENSION ACQUISITIONS I**<br>C/O THE ASCENSION LAW GROUP PC<br>POB 201347<br>ARLINGTON, TX 76006 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: 1ST TENN BANK NA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CITIZENS AUTO FINANCE INC(*)**<br>BANKRUPTCY DEPT*<br>100 SOCKANOSSET CROSSROAD*<br>CRANSTON, RI 02920 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 0.00<br>COMMENT: NO GEN UNS/SCH*W/4*CL=11.53*PIF/CR/LTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0799 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 8-2 | CLAIM: 79.23<br>COMMENT: 2470/0582*NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2470 |
| **J WARD HOLLIDAY & ASSOC PC****<br>501 ELM ST STE 400<br>DALLAS, TX 75202 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: ACAR LEASING LTD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 25 | CLAIM: 276.49<br>COMMENT: $CL-AMD PL*FLD AFT BAR*FR CITIMORTGAGE-DOC 186 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6496 |
| **ACAR LEASING LTC**<br>6400 MAIN ST<br>AMHERST, NY 14221 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PAYEE/PL=ERR;STIP2RECOVER$;GO CID 40*DK | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: |
| **MARISA MYERS COHEN ESQ C/O CELINE DERK**<br>MCCABE WEISBERG & CONWAY PC<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: LSF9 MASTER /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: 004921719745~PMT/PL@2013MALIBU*398.99x(38+2)=LMT*DK*BGN 3/14*SEE0 CID 3 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9745 |