**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>FRANK M DIBIAGIO<br>DEBORAH J DIBIAGIO<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br><br>　　　　Movant<br>　　vs.<br><br>LSF9 MASTER PARTICIPATION TRUST<br>　　　　Respondent(s) | Case No. 12-21242CMB<br><br>Chapter 13<br><br>Document No.___ |

## INTERIM NOTICE OF CURE OF ARREARS

　　Chapter 13 Trustee Ronda J. Winnecour gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full. This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

　　The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 37
Court Claim Number - 25

4/12/2017

　　　　　　　　　　　　　　　　　　/s/   Ronda J. Winnecour
　　　　　　　　　　　　　　　　　　RONDA J WINNECOUR PA ID #30399
　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE WD PA
　　　　　　　　　　　　　　　　　　600 GRANT STREET
　　　　　　　　　　　　　　　　　　SUITE 3250 US STEEL TWR
　　　　　　　　　　　　　　　　　　PITTSBURGH, PA  15219
　　　　　　　　　　　　　　　　　　(412) 471-5566
　　　　　　　　　　　　　　　　　　cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
FRANK M DIBIAGIO
DEBORAH J DIBIAGIO

      Debtor(s)

Ronda J. Winnecour

      Movant
vs.

LSF9 MASTER PARTICIPATION TRUST

      Respondent(s)

Case No.:12-21242CMB

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

FRANK M DIBIAGIO, DEBORAH J DIBIAGIO, 211 COLUMBIA DRIVE, ALIQUIPPA, PA 15001
FRANCIS E CORBETT ESQ, 1420 GRANT BUILDING, 310 GRANT ST, PITTSBURGH, PA 15219
LSF9 MASTER PARTICIPATION TRUST, C/O CALIBER HOME LOANS INC - SVCR, PO BOX 24330, OKLAHOMA CITY, OK  73124
LSF9 MASTER PARTICIPATION TRUST, C/O CALIBER HOME LOANS INC, 13801 WIRELESS WAY, OKLAHOMA CITY, OK  73134
ANN E SWARTZ ESQ, MCCABE WEISBERG & CONWAY PC, 123 S BROAD ST STE 1400, PHILADELPHIA, PA  19109

04/12/2017

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com