BL9214718

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

IN RE: FRANK M DIBIAGIO           :  Chapter:   13
       DEBORAH J DIBIAGIO      :
                                                    :
                                                    :
                                                    :  CASE NO:   12-21242
                                                    :

**NOTICE OF ADDRESS CHANGE**

eCAST Settlement Corporation hereby changes its address for its claim number 24, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    3936 E FT. LOWELL RD, SUITE 200
    TUCSON, AZ 85712

New Address for Notices and Payments:

    eCAST Settlement Corporation
    PO Box 28136
    New York, NY 10087-8136
    610-228-2570
    proofofclaim@becket-lee.com

RECEIVED 2017 MAY -8 A 11:15 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

Respectfully Submitted,

By: 
Christopher S Cramer, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

DATE:   5/3/2017