# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) **Case No. 12-21242-CMB** |
| | ) |
| **Frank M. DiBiagio,** | ) **Chapter 13** |
| **Deborah J. DiBiagio,** | ) |
| | ) **Document No.** |
| Debtors, | ) |
| | ) **Related to Doc. No. 240** |
| **Francis E. Corbett,** | ) |
| | ) **Hearing Date: 07/19/17 11:00 a.m.** |
| Applicant. | ) |
| | ) **Response Due: 05/30/17** |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON APPLICATION FOR ATTORNEY FEES OF FRANCIS E. CORBETT

**TO THE RESPONDENT:**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than May 30, 2017, i.e. seventeen (17) days after the date of service below, in accordance with Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **July 19. 2017**, **at 11:00 a.m. before Judge Carlota M. Böhm in Court Room #B, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.** Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Clerk. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

**Date of Mailing or other**
**service:** 05/11/17                              **Attorney for Movant,**

/s/ Francis E. Corbett
**Francis E. Corbett, Esquire, PA ID #37594**
**fcorbett@calaiarocorbett.com**
**310 Grant Street, Suite 1420**
**Pittsburgh, PA  15219-2230**
**(412) 456-1882**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) **Case No. 12-21242-CMB** |
| | ) |
| **Frank M. DiBiagio,** | ) **Chapter 13** |
| **Deborah J. DiBiagio,** | ) |
| | ) |
| Debtors, | ) **Document No.** |
| | ) |
| **Francis E. Corbett,** | ) |
| | ) **Hearing Date: 07/19/17 11:00 a.m.** |
| Applicant. | ) |
| | ) **Response Due: 05/30/17** |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING WITH RESPONSE DEADLINE, SUMMARY COVER SHEET AND APPLICATION FOR APPROVAL OF FEES FOR COUNSEL TO THE DEBTOR

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below via NECF on May 11, 2017:

Office of the U.S. Trustee ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, Chapter 13 Trustee cmecf@chapter13trusteewdpa.com
Edgardo D. Santillan, Esquire edscourt@debtlaw.com
Peter J. Ashcroft, Esquire pashcroft@bernsteinlaw.com
Andrew F. Gornall, Esquire agornall@goldbecklaw.com
Jeffrey T. Grossman, Esquire JGrossman@grossmanfirm.com
Martin A. Mooney, Esquire jsigcha@schillerknapp.com
Ann E. Swartz, Esquire ecfmail@mwc-law.com
Matthew Christian Waldt, Esquire mwaldt@milsteadlaw.com
Daniel Mark Campbell, Esquire dcampbell@hunton.com

The type of service made on the remaining parties to the attached mailing matrix on May 11, 2017 was First Class Mail.

EXECUTED ON: 05/11/17              s/ Francis E. Corbett_____
                                  **Francis E. Corbett, Esquire, PA ID #37594**
                                  **fcorbett@calaiarocorbett.com**
                                  **1420 Grant Bldg.**
                                  **310 Grant Street**
                                  **Pittsburgh, PA  15219**
                                  **(412) 456-1882**

```
Label Matrix for local noticing          CitiMortgage, Inc.                      ACAR Leasing LTD
0315-2                                   P.O. Box 688971                         6400 Main Street
Case 12-21242-CMB                        Des Moines, IA 50368-8971               Amherst, NY 14221-5858
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu May 11 14:13:09 EDT 2017

AES/PHEAA                                (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN    Amex Macy's
PO BOX 8147                              PO BOX 183853                           9111 Duke Blvd
HARRISBURG, PA 17105-8147                ARLINGTON TX 76096-3853                 Mason, OH 45040-8999


Peter J. Ashcroft                        BACK BOWL I LLC, SERIES C               (p)BANK OF AMERICA
Bernstein-Burkley, P.C.                  C O WEINSTEIN AND RILEY, PS             PO BOX 982238
Suite 2200, Gulf Tower                   2001 WESTERN AVENUE, STE 400            EL PASO TX 79998-2238
Pittsburgh, PA 15219-1900                SEATTLE, WA 98121 SEATTLE, WA 98121-3132


Bank Of America                          Barclays Bank Delaware                  Daniel Mark Campbell
4060 Ogletown/Stanton Rd                 Attention: Bankruptcy                   Hunton & Williams LLP
Newark, DE 19713                         Po Box 8801                             Riverfront Plaza, East Tower
                                         Wilmington, DE 19899-8801               951 Byrd Street
                                                                                 Richmond, VA 23219-4074


Capital One, N.A.                        Capital One, N.A.                       Capital One, N.a.
c o Becket and Lee LLP                   c/o Bass & Associates, P.C.             Capital One Bank (USA) N.A.
POB 3001                                 3936 E. Ft. Lowell Road, Suite #200     Po Box 30285
Malvern, PA 19355-0701                   Tucson, AZ 85712-1083                   Salt Lake City, UT 84130-0285


Central Tax Bureau                       Chase                                   Chase
438 Line Ave, Ste 2                      Po Box 15298                            Po Box 7013
Ellwood City, PA 16117-1121              Wilmington, DE 19850-5298               Indianapolis, IN 46207-7013


Chela/Sallie Mae                         CitiMortgage, Inc.                      (p)CITIBANK
Attn: Claims Department                  PO BOX 6030                             PO BOX 790034
Po Box 9500                              SIOUX FALLS, SD 57117-6030              ST LOUIS MO 63179-0034
Wilkes-Barre, PA 18773-9500


Citimortgage Inc                         Citizens Auto Finance                   Citizens Bank
Po Box 6243                              443 Jefferson Blvd                      443 Jefferson Blvd
Sioux Falls, SD 57117-6243               RJW 135                                 RJW 135
                                         Warwick RI 02886-1321                   Warwick RI 02886-1321


Citizens Bank                            Citizens Bank                           Francis E. Corbett
Attn: Bankruptcy Department              PO Box 7000                             310 Grant Street, Suite 1420
480 Jefferson Blvd Ms: Rje-135           Providence, RI 02940-7000               Pittsburgh, PA 15219-2234
Warwick, RI 02886-1359


Department Stores National Bank/American Exp    Department Stores National Bank/Macy's    Deborah J DiBiagio
Bankruptcy Processing                    Bankruptcy Processing                   211 Columbia Drive
Po Box 8053                              Po Box 8053                             Aliquippa, PA 15001-1526
Mason, OH 45040-8053                     Mason, OH 45040-8053
```

| | | |
|---|---|---|
| Frank M DiBiaglo<br>211 Columbia Drive<br>Aliquippa, PA 15001-1526 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin<br>Attention: Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Attention: Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054-3025 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Duquesne Light Company<br>c/o Bernstein Law Firm<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1908 |
| ECMC<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 | Jessica Farinelli<br>Howard Hanna Real Estate<br>1601 Third Street<br>Beaver, PA 15009-2420 | First Tennessee Bank<br>P.O. Box 2428<br>Knoxville, TN 37901-2428 |
| First Tennessee Bank<br>P.O. Box 1469<br>Knoxville, TN 37901-1469 | First Tennessee Bank NA, Department<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Fst Tn Bk Mp<br>First Tennessee Bank/Attn: Bankruptcy<br>Po Box 1469<br>Knoxville, TN 37901-1469 |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Gemb/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Andrew F Gornall<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Jeffrey T. Grossman<br>Grossman Law Firm PC<br>1333 Race Street<br>Philadelphia, PA 19107-1556 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712-1083 | Heritage Valley Health System - Beaver<br>PO Box 382094<br>Pittsburgh, PA 15251-8094 |
| Hsbc/boscov<br>Hsbc<br>Po Box 5226<br>Carol Stream, IL 60197-5226 | Internal Revenue Service<br>PO Box 628<br>Pittsburgh, PA 15230 | KEYSTONE RECOVERY PARTNERS LLC, SERIES A<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 SEATTLE, WA 98121-3132 |
| Keystone Recovery Partners LLC, Series A<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Kohls/Capital One<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-5660 | LSF9 Master Participation Trust<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Main Street Acquisition Corp., assignee<br>of CHASE BANK USA, N. A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Old Republic Insurance Company<br>c/o Old Republic Equity Credit Services<br>307 N. Michigan<br>15th Floor<br>Chicago, IL 60601-5405 |

| | | |
|---|---|---|
| PA Dept of Revenue<br>280408 Strawberry Sq<br>Harrisburg, PA 17101 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Sallie Mae Inc. on behalf of USA FUNDS<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 | Sallie Mae Trust<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1496 | Edgardo D. Santillan<br>Santillan Law Firm, P.C.<br>775 Fourth Street<br>Beaver, PA 15009-2108 |
| Sears Credit Cards<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | Sears/CBNA<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Ann E. Swartz<br>McCabe, Weisberg & Conway, P.C.<br>123 South Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 |
| TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target Credit Card (TC)<br>C/O Financial & Retail Services<br>Mailstop BT  P.O. Box 9475<br>Minneapolis, MN 55440-9475 | Matthew Christian Waldt<br>Milstead & Associates, LLC<br>1 East Stow Road<br>Marlton, NJ 08053-3118 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>TUCSON, AZ 85712-1083 |
| eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>P.O. Box 28136<br>New York, NY 10087-8136 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit<br>Attention: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096 | BANK OF AMERICA<br>1100 N. King Street<br>Wilmington, DE 19884-0011 | Citibank Sd, Na<br>Citi Corp Credit Services/Attention: Cen<br>Po Box 20363<br>Kansas City, MO 64195 |
| (d)FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ACAR Leasing LTD
6400 Main Street
Amherst, NY 14221-5858

(d)AES/PHEAA
PO BOX 8147
HARRISBURG PA 17105-8147

(u)Citizens Bank


(u)Duquesne Light Company

(d)ECMC
PO Box 16408
St. Paul, MN 55116-0408

(d)HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite #200
Tucson, AZ 85712-1083


(d)Keystone Recovery Partners LLC, Series A
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

(u)LSF9 Master Participation Trust

(d)LSF9 Master Participation Trust
13801 Wireless Way
Oklahoma City, OK 73134-2500


(d)LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(d)Old Republic Insurance Company
c/o Old Republic Equity Credit Services
307 N Michigan 15th Floor
Chicago IL 60601-5405

End of Label Matrix
Mailable recipients    78
Bypassed recipients    11
Total                  89