# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) Case No. 12-21242-CMB |
| | ) |
| **Frank M. DiBiagio,** | ) Chapter 13 |
| **Deborah J. DiBiagio,** | ) |
| | ) Document No. |
| Debtors, | ) |
| | ) Related to Doc. No. 240 |
| **Francis E. Corbett,** | ) |
| | ) Hearing Date: 07/19/17 11:00 a.m. |
| Applicant. | ) |
| | ) Response Due: 05/30/17 |

### Certification of No Objection Regarding
### Fee Application Filed on Behalf of Francis E. Corbett – Document No. 240

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on May 11, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than May 30**, 2017.**

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: 05/30/17        s/ Francis E. Corbett
        Francis E. Corbett, Esquire, PA I.D. #37594
        **fcorbett@fcorbettlaw.com**
        **1420 Grant Building**
        **310 Grant Street**
        **Pittsburgh, PA  15219**
        **(412) 456-1882**