**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  FRANK M DIBIAGIO<br>DEBORAH J DIBIAGIO<br>       Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  FRANK M DIBIAGIO<br>DEBORAH J DIBIAGIO<br><br>    Respondents | Case No.12-21242CMB<br><br>Chapter 13<br><br>Document No. 245 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 5th day of June, 2017, it is hereby ORDERED, ADJUDGED, and DECREED that,

P-G Publishing Co*
Attn: Payroll Manager*
2201 Sweeney Dr*
Clinton, PA 15026

is hereby ordered to immediately terminate the attachment of the wages of FRANK M DIBIAGIO, social security number XXX-XX-2470. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of FRANK M DIBIAGIO.

FURTHER ORDERED:

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_Carlota M. Böhm_
**dms**
UNITED STATES BANKRUPTCY JUDGE

FILED
6/5/17 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:
Frank M DiBiagio                                              Case No. 12-21242-CMB
Deborah J DiBiagio                                            Chapter 13
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: dsaw              Page 1 of 1           Date Rcvd: Jun 05, 2017
                             Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2017.
```
db/jdb         +Frank M DiBiagio,    Deborah J DiBiagio,    211 Columbia Drive,    Aliquippa, PA 15001-1526
               +P-G Publishing Co.,    Atten: Payroll Admin.,    2201 Sweeney Dr.,    Clinton, PA 15026-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2017 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    ACAR Leasing LTD agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E. Swartz    on behalf of Creditor    LSF9 Master Participation Trust ecfmail@mwc-law.com
          Daniel Mark Campbell    on behalf of Creditor    Citizens Bank dcampbell@hunton.com,
           sklein@hunton.com
          Edgardo D. Santillan    on behalf of Plaintiff Deborah J DiBiagio ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          Edgardo D. Santillan    on behalf of Joint Debtor Deborah J DiBiagio ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          Edgardo D. Santillan    on behalf of Debtor Frank M DiBiagio ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          Edgardo D. Santillan    on behalf of Plaintiff Ronda  Winnecour ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          Edgardo D. Santillan    on behalf of Plaintiff Frank M DiBiagio ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          Francis E. Corbett    on behalf of Debtor Frank M DiBiagio fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          Francis E. Corbett    on behalf of Joint Debtor Deborah J DiBiagio fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James Warmbrodt    on behalf of Creditor    ACAR Leasing LTD bkgroup@kmllawgroup.com
          Jeffrey T. Grossman    on behalf of Creditor    First Tennessee Bank NA, Department
           JGrossman@grossmanfirm.com,
           JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com
          Martin A. Mooney    on behalf of Defendant    ACAR Leasing LTD tshariff@schillerknapp.com,
           ahight@schillerknapp.com
          Matthew Christian Waldt    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 17
```