**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **FRANK M DIBIAGIO** |
| Debtor 2 (Spouse, if filing) | **DEBORAH J DIBIAGIO** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **12-21242CMB** |

Form 4100N
# Notice of Final Cure Payment                                               10/15

File a separate notice for each creditor.

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:  Mortgage Information

**Name of creditor:** LSF9 MASTER PARTICIPATION TRUST

**Court claim no.** (if known): 25

**Last 4 digits** of any number you use to identify the debtor's account: 6 4 9 6

**Property Address:** 211 COLUMBIA DR
ALIQUIPPA PA 15001

### Part 2:  Cure Amount

**Total cure disbursments made by the trustee:**                          Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 276.49 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 276.49 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 276.49 |

### Part 3:  Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                          $   $924.09

The next postpetition payment is due on    8 / 1 / 2017
                                         MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N                          **Notice of Final Cure Payment**                          page 1

| Debtor 1 | **FRANK M DIBIAGIO** | Case number *(if known)* | **12-21242CMB** |
|---|---|---|---|
| | Name | | |

## Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Ronda J. Winnecour            Date   07/17/2017
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566       Email   cmecf@chapter13trusteewdpa.com |

| Debtor 1 | **FRANK M DIBIAGIO** | Case number *(if known)* | **12-21242CMB** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 03/28/2017 | 1034773 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 276.49 |
| | | | | 276.49 |
| **PRIMARY RES MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 08/27/2013 | 0857233 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 12,084.36 |
| 09/26/2013 | 0861397 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 839.29 |
| 10/25/2013 | 0865502 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 684.78 |
| 11/22/2013 | 0869578 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 719.95 |
| 12/23/2013 | 0873603 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 722.03 |
| 01/28/2014 | 0877641 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 891.69 |
| 02/25/2014 | 0881798 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 730.76 |
| 03/25/2014 | 0885826 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 722.27 |
| 04/25/2014 | 0889891 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 892.05 |
| 05/28/2014 | 0894036 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 765.13 |
| 06/25/2014 | 0898075 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 694.09 |
| 07/24/2014 | 0902194 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,281.27 |
| 08/26/2014 | 0906273 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 806.01 |
| 09/29/2014 | 0910326 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 960.36 |
| 10/29/2014 | 0914482 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 777.57 |
| 11/24/2014 | 0918557 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 763.79 |
| 12/22/2014 | 0923183 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 752.11 |
| 01/27/2015 | 0927133 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,034.03 |
| 02/24/2015 | 0931305 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 831.90 |
| 03/26/2015 | 0935322 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,029.78 |
| 03/31/2015 | | CITIMORTGAGE(*) | CONTINUING DEBT REFUND | -831.90 |
| 04/28/2015 | | CITIMORTGAGE(*) | CONTINUING DEBT REFUND | -1,029.78 |
| 04/22/2016 | 0989266 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 16,479.59 |
| 05/24/2016 | 0993220 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,665.14 |
| 06/27/2016 | 1001983 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,703.62 |
| 07/26/2016 | 1005954 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,065.04 |
| 08/26/2016 | 1009952 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,562.92 |
| 09/27/2016 | 1013972 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,487.18 |
| 10/26/2016 | 1017845 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,926.70 |
| 11/21/2016 | 1021154 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,351.58 |
| 12/15/2016 | 1009952 | LSF9 MASTER PARTICIPATION TRUST | CANCELLED CHECK TO CREDITOR/CONT | -1,562.92 |
| 12/15/2016 | 1022606 | LSF9 MASTER PARTICIPATION TRUST | PREWRITTEN CHECK TO CREDITOR/CON | 1,562.92 |
| 12/21/2016 | 1024451 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,627.59 |
| 01/27/2017 | 1027921 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,999.62 |
| 02/24/2017 | 1031334 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 368.49 |
| 04/17/2017 | 1024451 | LSF9 MASTER PARTICIPATION TRUST | CANCELLED CHECK TO CREDITOR/CONT | -1,627.59 |
| 04/17/2017 | 1036277 | LSF9 MASTER PARTICIPATION TRUST | PREWRITTEN CHECK TO CREDITOR/CON | 1,627.59 |
| 06/27/2017 | 1044726 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,848.18 |
| | | | | 60,207.19 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

FRANK M DIBIAGIO
DEBORAH J DIBIAGIO
211 COLUMBIA DRIVE
ALIQUIPPA, PA  15001

FRANCIS E CORBETT ESQ
1420 GRANT BUILDING
310 GRANT ST
PITTSBURGH, PA  15219

LSF9 MASTER PARTICIPATION TRUST
C/O CALIBER HOME LOANS INC - SVCR
PO BOX 24330
OKLAHOMA CITY, OK  73124

LSF9 MASTER PARTICIPATION TRUST
C/O CALIBER HOME LOANS INC
13801 WIRELESS WAY
OKLAHOMA CITY, OK  73134

ANN E SWARTZ ESQ
MCCABE WEISBERG & CONWAY PC
123 S BROAD ST STE 1400
PHILADELPHIA, PA  19109


7/17/17                                              /s/ Renee Ward
                                                     Administrative Assistant
                                                     Office of the Chapter 13 Trustee