IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 12-21242-CMB |
|    Frank M. DiBiagio | : | |
|    Deborah J. DiBiagio | : | |
|           Debtors | : | |
|    Frank M. DiBiagio | : | Chapter 13 |
|    Deborah J. DiBiagio | : | |
|           Movants | : | |
| | : | |
|    v. | : | |
|    Ronda J. Winnecour, Trustee | : | |
|           Respondent | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 5, 2016, at docket numbers 218 and 219, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: 07/24/17

                                                                         s/Francis E. Corbett
                                                                         Signature
                                                                          Francis E. Corbett
                                                                          Name of Filer - Typed
                                                                          1420 Grant Bldg., 310 Grant St.
                                                                          Pittsburgh, PA 15219
                                                                          Address of Filer
                                                                          fcorbett@fcorbettlaw.com
                                                                          Email Address of Filer
                                                                          412 456-1882
                                                                          Phone Number of Filer
                                                                          Pa. ID #37594
                                                                          Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**