**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Frank M DiBiagio
Deborah J DiBiagio**
Debtor(s)

Bankruptcy Case No.: 12–21242–CMB

Chapter: 13
Docket No.: 251 – 250

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 26th day of July, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/11/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/27/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/11/17.**

                                                                     Carlota M. Bohm
                                                                     United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Frank M DiBiagio  
Deborah J DiBiagio  
    Debtors

Case No. 12-21242-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 3      Date Rcvd: Jul 26, 2017  
                      Form ID: 408      Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.

```
db/jdb         +Frank M DiBiagio,    Deborah J DiBiagio,    211 Columbia Drive,    Aliquippa, PA 15001-1526
cr            ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,    1100 N. King Street,
                 Wilmington, DE  19884-0011)
cr             CitiMortgage, Inc.,    PO BOX 6030,    SIOUX FALLS, SD  57117-6030
cr             First Tennessee Bank,    P.O. Box 2428,    Knoxville, TN  37901-2428
r             +Jessica Farinelli,    Howard Hanna Real Estate,    1601 Third Street,    Beaver, PA 15009-2420
13383636      +ACAR Leasing LTD,    6400 Main Street,    Amherst, NY 14221-5858
13371299      +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13321010     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit,    Attention: Bankruptcy,    Po Box 183853,
                 Arlington, TX 76096)
13321011      +Amex Macy’s,    9111 Duke Blvd,    Mason, OH 45040-8999
13321012       Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
13321013      +Barclays Bank Delaware,    Attention: Bankruptcy,    Po Box 8801,    Wilmington, DE 19899-8801
13321019     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Citi Corp Credit Services/Attention: Cen,
                 Po Box 20363,    Kansas City, MO 64195)
13417546       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13321014      +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13321015      +Central Tax Bureau,    438 Line Ave, Ste 2,    Ellwood City, PA 16117-1121
13321016      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13321018      +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
13435799       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13321020      +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
13325937      +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13326719      +Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13321021      +Citizens Bank,    Attn: Bankruptcy Department,    480 Jefferson Blvd Ms: Rje-135,
                 Warwick, RI 02886-1359
13321022      +Citizens Bank,    PO Box 7000,    Providence, RI 02940-7000
13330633      +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13330088      +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13321025      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13446339       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13330279      +First Tennessee Bank,    P.O. Box 1469,    Knoxville, TN 37901-1469
13321026      +Fst Tn Bk Mp,    First Tennessee Bank/Attn: Bankruptcy,    Po Box 1469,
                 Knoxville, TN 37901-1469
13321028       Heritage Valley Health System - Beaver,    PO Box 382094,    Pittsburgh, PA 15251-8094
14190837      +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13418768       Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13507952      +Old Republic Insurance Company,    c/o Old Republic Equity Credit Services,
                 307 N Michigan 15th Floor,    Chicago IL 60601-5405
13321032       PA Dept of Revenue,    280408 Strawberry Sq,    Harrisburg, PA 17101
13321033       Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD 57117-6282
13321034      +Sears/CBNA,    Po Box 6282,    Sioux Falls, SD 57117-6282
13321035      +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
                 Minneapolis, MN 55440-9475
13618681       eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    P.O. Box 28136,
                 New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 27 2017 01:25:10
                 First Tennessee Bank NA, Department,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2017 01:39:21
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             E-mail/PDF: rmscedi@recoverycorp.com Jul 27 2017 01:26:39
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
cr            +E-mail/Text: bnc@bass-associates.com Jul 27 2017 01:30:55      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13367967      +E-mail/Text: bncmail@w-legal.com Jul 27 2017 01:32:01      BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13418795      +E-mail/Text: bnc@bass-associates.com Jul 27 2017 01:30:56      Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13321017      +E-mail/Text: cst.bankruptcy@chase.com Jul 27 2017 01:32:58      Chase,    Po Box 7013,
                 Indianapolis, IN 46207-7013
```

```
District/off: 0315-2          User: dsaw                   Page 2 of 3                   Date Rcvd: Jul 26, 2017
                              Form ID: 408                 Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13327167         E-mail/Text: mrdiscen@discover.com Jul 27 2017 01:30:57      Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13321023        +E-mail/Text: mrdiscen@discover.com Jul 27 2017 01:30:57      Discover Fin,
                  Attention:   Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
13321024        +E-mail/Text: mrdiscen@discover.com Jul 27 2017 01:30:57      Discover Financial,
                  Attention:   Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
13380081        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 27 2017 01:32:56      Duquesne Light Company,
                  c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                  Pittsburgh, PA 15219-1908
13375361         E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 01:25:07      GE Capital Retail Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13321027        +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 01:25:07      Gemb/JC Penny,
                  Attention:   Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13361597        +E-mail/Text: bnc@bass-associates.com Jul 27 2017 01:30:56      HSBC Bank Nevada, N.A.,
                  Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
13321030         E-mail/Text: cio.bncmail@irs.gov Jul 27 2017 01:31:12      Internal Revenue Service,
                  PO Box 628,    Pittsburgh, PA 15230
13374582        +E-mail/Text: bncmail@w-legal.com Jul 27 2017 01:32:20
                  KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
                  2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13401558        +E-mail/Text: bncmail@w-legal.com Jul 27 2017 01:32:20
                  Keystone Recovery Partners LLC, Series A,    c/o Weinstein & Riley, P.S.,
                  2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13321031        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 27 2017 01:31:06      Kohls/Capital One,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
13508488         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 27 2017 01:25:19      LVNV Funding LLC,
                  c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13537816         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2017 01:39:02      Midland Funding LLC,
                  by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
13405464         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 01:39:01
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13527793         E-mail/PDF: rmscedi@recoverycorp.com Jul 27 2017 01:25:57      Portfolio Investments II LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                  Miami, FL 33131-1605
13527794         E-mail/PDF: rmscedi@recoverycorp.com Jul 27 2017 01:25:16
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13352490         E-mail/PDF: pa_dc_litigation@navient.com Jul 27 2017 01:25:57
                  Sallie Mae Inc. on behalf of USA FUNDS,    Attn: Bankruptcy Litigation Unit E3149,
                  P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
13352546        +E-mail/PDF: pa_dc_claims@navient.com Jul 27 2017 01:26:38      Sallie Mae Trust,
                  c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
13360849        +E-mail/Text: bncmail@w-legal.com Jul 27 2017 01:32:01      TARGET NATIONAL BANK,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citizens Bank
cr              Duquesne Light Company
cr              LSF9 Master Participation Trust
cr*            +ACAR Leasing LTD,    6400 Main Street,    Amherst, NY 14221-5858
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr*            +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,
                 Tucson, AZ 85712-1083
cr*            +Keystone Recovery Partners LLC, Series A,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
cr*            +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr*             LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC  29603-0587
cr*            +Old Republic Insurance Company,    c/o Old Republic Equity Credit Services,    307 N. Michigan,
                 15th Floor,    Chicago, IL 60601-5405
13362287*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13391900*      +KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13321029      ##+Hsbc/boscov,    Hsbc,    Po Box 5226,    Carol Stream, IL 60197-5226
                                                                             TOTALS: 3, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2            User: dsaw              Page 3 of 3             Date Rcvd: Jul 26, 2017
                                Form ID: 408            Total Noticed: 64
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:

```
            Andrew F Gornall     on behalf of Creditor    ACAR Leasing LTD agornall@goldbecklaw.com,
             bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
            Ann E. Swartz     on behalf of Creditor    LSF9 Master Participation Trust ecfmail@mwc-law.com
            Daniel Mark Campbell     on behalf of Creditor    Citizens Bank dcampbell@hunton.com,
             sklein@hunton.com
            Edgardo D. Santillan     on behalf of Debtor Frank M DiBiagio ed@santillanlaw.com,
             edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
             s.myecfemail@gmail.com;r53999@notify.bestcase.com
            Edgardo D. Santillan     on behalf of Plaintiff Ronda  Winnecour ed@santillanlaw.com,
             edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
             s.myecfemail@gmail.com;r53999@notify.bestcase.com
            Edgardo D. Santillan     on behalf of Plaintiff Frank M DiBiagio ed@santillanlaw.com,
             edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
             s.myecfemail@gmail.com;r53999@notify.bestcase.com
            Edgardo D. Santillan     on behalf of Plaintiff Deborah J DiBiagio ed@santillanlaw.com,
             edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
             s.myecfemail@gmail.com;r53999@notify.bestcase.com
            Edgardo D. Santillan     on behalf of Joint Debtor Deborah J DiBiagio ed@santillanlaw.com,
             edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
             s.myecfemail@gmail.com;r53999@notify.bestcase.com
            Francis E. Corbett     on behalf of Debtor Frank M DiBiagio fcorbett@fcorbettlaw.com,
             fcorbett7@gmail.com
            Francis E. Corbett     on behalf of Joint Debtor Deborah J DiBiagio fcorbett@fcorbettlaw.com,
             fcorbett7@gmail.com
            James Warmbrodt     on behalf of Creditor    ACAR Leasing LTD bkgroup@kmllawgroup.com
            Jeffrey T. Grossman     on behalf of Creditor    First Tennessee Bank NA, Department
             JGrossman@grossmanfirm.com,
             JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com
            Martin A. Mooney     on behalf of Defendant    ACAR Leasing LTD tshariff@schillerknapp.com,
             ahight@schillerknapp.com
            Matthew Christian Waldt     on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
             bkecf@milsteadlaw.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
             inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 17
```