**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Frank M DiBiagio** | Social Security number or ITIN **xxx–xx–2470** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Deborah J DiBiagio** | Social Security number or ITIN **xxx–xx–0582** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **12–21242–CMB**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frank M DiBiagio                                  Deborah J DiBiagio

9/12/17                           **By the court:**   Carlota M. Bohm
                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-21242-CMB
Frank M DiBiagio                                                    Chapter 13
Deborah J DiBiagio
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 3              Date Rcvd: Sep 12, 2017
                              Form ID: 3180W          Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
```
db/jdb         +Frank M DiBiagio,    Deborah J DiBiagio,    211 Columbia Drive,    Aliquippa, PA 15001-1526
cr              CitiMortgage, Inc.,    PO BOX 6030,    SIOUX FALLS, SD  57117-6030
cr              First Tennessee Bank,    P.O. Box 2428,    Knoxville, TN 37901-2428
r              +Jessica Farinelli,    Howard Hanna Real Estate,    1601 Third Street,    Beaver, PA 15009-2420
13383636       +ACAR Leasing LTD,    6400 Main Street,    Amherst, NY 14221-5858
13371299       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13321011       +Amex Macy’s,    9111 Duke Blvd,    Mason, OH 45040-8999
13321015       +Central Tax Bureau,    438 Line Ave, Ste 2,    Ellwood City, PA 16117-1121
13321018       +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
13435799        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13321020       +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
13325937       +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13321021       +Citizens Bank,    Attn: Bankruptcy Department,    480 Jefferson Blvd Ms: Rje-135,
                 Warwick, RI 02886-1359
13326719       +Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13321022       +Citizens Bank,    PO Box 7000,    Providence, RI 02940-7000
13330633       +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13330279       +First Tennessee Bank,    P.O. Box 1469,    Knoxville, TN 37901-1469
13321026       +Fst Tn Bk Mp,    First Tennessee Bank/Attn: Bankruptcy,    Po Box 1469,
                 Knoxville, TN 37901-1469
13321028        Heritage Valley Health System - Beaver,    PO Box 382094,    Pittsburgh, PA 15251-8094
14190837       +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13507952       +Old Republic Insurance Company,    c/o Old Republic Equity Credit Services,
                 307 N Michigan 15th Floor,    Chicago IL 60601-5405
13321032        PA Dept of Revenue,    280408 Strawberry Sq,    Harrisburg, PA 17101
13618681        eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    P.O. Box 28136,
                 New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2017 02:32:28     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              EDI: BANKAMER.COM Sep 13 2017 02:28:00      BANK OF AMERICA,    1100 N. King Street,
                 Wilmington, DE  19884-0011
cr             +EDI: AISACG.COM Sep 13 2017 02:28:00      First Tennessee Bank NA, Department,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
cr              EDI: AIS.COM Sep 13 2017 02:28:00      Midland Funding LLC by American InfoSource LP as a,
                 PO Box 4457,    Houston, TX  77210-4457
cr              EDI: RECOVERYCORP.COM Sep 13 2017 02:28:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
cr             +EDI: BASSASSOC.COM Sep 13 2017 02:28:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13321010        EDI: PHINAMERI.COM Sep 13 2017 02:28:00      Americredit,    Attention: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096
13367967       +EDI: OPHSUBSID.COM Sep 13 2017 02:28:00      BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13362287        EDI: BANKAMER2.COM Sep 13 2017 02:28:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
13321012        EDI: BANKAMER.COM Sep 13 2017 02:28:00      Bank Of America,    4060 Ogletown/Stanton Rd,
                 Newark, DE 19713
13321013       +EDI: TSYS2.COM Sep 13 2017 02:28:00      Barclays Bank Delaware,    Attention: Bankruptcy,
                 Po Box 8801,    Wilmington, DE 19899-8801
13321019        EDI: CITICORP.COM Sep 13 2017 02:28:00      Citibank Sd, Na,
                 Citi Corp Credit Services/Attention: Cen,    Po Box 20363,    Kansas City, MO 64195
13417546        EDI: BL-BECKET.COM Sep 13 2017 02:28:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13418795       +EDI: BASSASSOC.COM Sep 13 2017 02:28:00      Capital One, N.A.,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13321014       +EDI: CAPITALONE.COM Sep 13 2017 02:28:00      Capital One, N.a.,    Capital One Bank (USA) N.A.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
13321017       +E-mail/Text: cst.bankruptcy@chase.com Sep 13 2017 02:33:10      Chase,    Po Box 7013,
                 Indianapolis, IN 46207-7013
13321016       +EDI: CHASE.COM Sep 13 2017 02:28:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13330088       +EDI: TSYS2.COM Sep 13 2017 02:28:00      Department Stores National Bank/Macy’s,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13327167        EDI: DISCOVER.COM Sep 13 2017 02:28:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13321023       +EDI: DISCOVER.COM Sep 13 2017 02:28:00      Discover Fin,    Attention: Bankruptcy Department,
                 Po Box 3025,    New Albany, OH 43054-3025
13321024       +EDI: DISCOVER.COM Sep 13 2017 02:28:00      Discover Financial,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
```

```
District/off: 0315-2          User: dkam                    Page 2 of 3                   Date Rcvd: Sep 12, 2017
                              Form ID: 3180W                Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13321025       +EDI: TSYS2.COM Sep 13 2017 02:28:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13380081       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 13 2017 02:33:07      Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13446339        EDI: ECMC.COM Sep 13 2017 02:28:00      ECMC,    PO Box 16408,   St. Paul, MN 55116-0408
13375361        EDI: RMSC.COM Sep 13 2017 02:28:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13321027       +EDI: RMSC.COM Sep 13 2017 02:28:00      Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
13361597       +EDI: BASSASSOC.COM Sep 13 2017 02:28:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
13321029       +EDI: HFC.COM Sep 13 2017 02:28:00      Hsbc/boscov,    Hsbc,   Po Box 5226,
                 Carol Stream, IL 60197-5226
13321030        EDI: IRS.COM Sep 13 2017 02:28:00      Internal Revenue Service,    PO Box 628,
                 Pittsburgh, PA 15230
13374582       +EDI: OPHSUBSID.COM Sep 13 2017 02:28:00      KEYSTONE RECOVERY PARTNERS LLC, SERIES A,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13401558       +EDI: OPHSUBSID.COM Sep 13 2017 02:28:00      Keystone Recovery Partners LLC, Series A,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13321031       +EDI: CBSKOHLS.COM Sep 13 2017 02:28:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-5660
13508488        EDI: RESURGENT.COM Sep 13 2017 02:28:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13418768        EDI: BL-CREDIGY.COM Sep 13 2017 02:28:00      Main Street Acquisition Corp., assignee,
                 of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13537816        EDI: AIS.COM Sep 13 2017 02:28:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 PO Box 4457,    Houston, TX  77210-4457
13405464        EDI: PRA.COM Sep 13 2017 02:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13527793        EDI: RECOVERYCORP.COM Sep 13 2017 02:28:00      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
13527794        EDI: RECOVERYCORP.COM Sep 13 2017 02:28:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13352490        EDI: NAVIENTFKASMGUAR.COM Sep 13 2017 02:28:00      Sallie Mae Inc. on behalf of USA FUNDS,
                 Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
13352546       +EDI: NAVIENTFKASMSERV.COM Sep 13 2017 02:28:00      Sallie Mae Trust,    c/o Sallie Mae Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
13321033        EDI: SEARS.COM Sep 13 2017 02:28:00      Sears Credit Cards,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
13321034       +EDI: SEARS.COM Sep 13 2017 02:28:00      Sears/CBNA,    Po Box 6282,   Sioux Falls, SD 57117-6282
13360849       +E-mail/Text: bncmail@w-legal.com Sep 13 2017 02:32:44      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13321035       +EDI: WTRRNBANK.COM Sep 13 2017 02:28:00      Target Credit Card (TC),
                 C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,    Minneapolis, MN 55440-9475
                                                                                              TOTAL: 44

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Citizens Bank
cr             Duquesne Light Company
cr             LSF9 Master Participation Trust
cr*           +ACAR Leasing LTD,    6400 Main Street,    Amherst, NY 14221-5858
cr*           +AES/PHEAA,    PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*            ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
cr*           +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,
                 Tucson, AZ 85712-1083
cr*           +Keystone Recovery Partners LLC, Series A,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
cr*           +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr*            LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC  29603-0587
cr*           +Old Republic Insurance Company,    c/o Old Republic Equity Credit Services,    307 N. Michigan,
                 15th Floor,   Chicago, IL 60601-5405
13391900*     +KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
                                                                                 TOTALS: 3, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

Case 12-21242-CMB    Doc 259    Filed 09/14/17    Entered 09/15/17 00:59:37    Desc
Imaged Certificate of Notice    Page 5 of 5

```
District/off: 0315-2               User: dkam                 Page 3 of 3                  Date Rcvd: Sep 12, 2017
                                   Form ID: 3180W             Total Noticed: 67
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    ACAR Leasing LTD agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    LSF9 Master Participation Trust ecfmail@mwc-law.com
              Daniel Mark Campbell    on behalf of Creditor    Citizens Bank dcampbell@hunton.com,
               sklein@hunton.com
              Edgardo D. Santillan    on behalf of Debtor Frank M DiBiagio ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Plaintiff Ronda   Winnecour ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Plaintiff Frank M DiBiagio ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Plaintiff Deborah J DiBiagio ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Joint Debtor Deborah J DiBiagio ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Francis E. Corbett    on behalf of Debtor Frank M DiBiagio fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              Francis E. Corbett    on behalf of Joint Debtor Deborah J DiBiagio fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James  Warmbrodt    on behalf of Creditor   ACAR Leasing LTD bkgroup@kmllawgroup.com
              Jeffrey T. Grossman    on behalf of Creditor    First Tennessee Bank NA, Department
               JGrossman@grossmanfirm.com,
               JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com
              Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Martin A. Mooney    on behalf of Defendant    ACAR Leasing LTD tshariff@schillerknapp.com,
               ahight@schillerknapp.com
              Matthew Christian Waldt    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 18
```